```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| NICHOLAS BROWN, | : |  |
| Plaintiff, | : | Civ. No. 17-3436 (NLH) (JS) |
| v. | : | MEMORANDUM OPINION |
| DR. COHEN, et al., | : |  |
| Defendants. | : |  |

It appearing that:

1. Plaintiff Nicholas Brown, filed a complaint seeking relief pursuant to 42 U.S.C. § 1983. ECF No. 1.

2. A review of the New Jersey Department of Corrections' Offender Search Form, available at https://www20.state.nj.us/DOC_Inmate/inmatesearch, provides that Plaintiff was released from custody on April 12, 2018.

3. Plaintiff has not communicated with the Court regarding a change of address, in violation of Local Civil Rule 10.1. See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

4. Based on Plaintiff's failure to update his address in compliance with Local Civil Rule 10.1, the Court will administratively terminate this matter. If Plaintiff updates

his address and otherwise satisfies all appropriate Rules, the Court will re-open this action.

    5. An appropriate order follows.


Dated: October 17, 2019          s/ Noel L. Hillman
At Camden, New Jersey          NOEL L. HILLMAN, U.S.D.J.