UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NICHOLAS BROWN,    1:17-cv-3436-NLH-JS

        Plaintiff,    **MEMORANDUM OPINION & ORDER**

   v.

DR. COHEN, et al.,

        Defendants.

**APPEARANCE**:

Nicholas Brown
4343816/4329952
Camden County Correctional Facility
330 Federal Street
Camden, NJ 08101

   Plaintiff pro se

**HILLMAN, District Judge**

   WHEREAS, Plaintiff Nicholas Brown, filed a complaint seeking relief pursuant to 42 U.S.C. § 1983, see ECF No. 1; and

   WHEREAS, the Court permitted the complaint to proceed in part on April 16, 2018, see ECF No. 6; and

   WHEREAS, Plaintiff submitted an amended complaint on August 15, 2018, see ECF No. 11; and

   WHEREAS, the Court administratively terminated the complaint on October 17, 2019 under Rule 10.1, ECF No. 15; and

   WHEREAS, Plaintiff wrote to the Court on July 7, 2020 asking to reopen his complaint, see ECF No. 17,

THEREFORE, IT IS on this <u>  16th  </u> day of <u>July</u>, 2020

ORDERED that the Clerk shall reopen this matter; and it is further

ORDERED that the Clerk shall resend to Plaintiff a transmittal letter explaining the procedure for completing Unites States Marshal ("Marshal") 285 Forms ("USM-285 Forms"); and it is further

ORDERED that, once the Marshal receives the USM-285 Form(s) from Plaintiff and the Marshal so alerts the Clerk, the Clerk shall issue summons in connection with each USM-285 Form that has been submitted by Plaintiff, and the Marshal shall serve summons, the Complaint and Amended Complaint, and this Order to the address specified on each USM-285 Form, with all costs of service advanced by the United States[1]; and it is further

ORDERED that Defendant(s) shall file and serve a responsive pleading within the time specified by Federal Rule of Civil Procedure 12;[2] and it is further

ORDERED that, pursuant to 28 U.S.C. § 1915(e)(1) and § 4(a) of Appendix H of the Local Civil Rules, the Clerk shall notify

---

[1] Alternatively, the U.S. Marshal may notify Defendant(s) that an action has been commenced and request that the defendant(s) waive personal service of a summons in accordance with Fed. R. Civ. P. 4(d).

[2] Nothing in this shall be construed to prevent Defendants from raising any available affirmative defenses.

Plaintiff of the opportunity to apply in writing to the assigned judge for the appointment of pro bono counsel; and it is further

ORDERED that, if at any time prior to the filing of a notice of appearance by Defendant(s), Plaintiff seeks the appointment of pro bono counsel or other relief, pursuant to Fed. R. Civ. P. 5(a) and (d), Plaintiff shall (1) serve a copy of the application by regular mail upon each party at his last known address and (2) file a Certificate of Service[3]; and it is finally

ORDERED that the Clerk of the Court shall send a copy of this Order to Plaintiff by regular U.S. mail.

At Camden, New Jersey                       s/ Noel L. Hillman
                                           NOEL L. HILLMAN, U.S.D.J.

---

[3] After an attorney files a notice of appearance on behalf of a Defendant, the attorney will automatically be electronically served all documents that are filed in the case.