UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____
                              :
NICHOLAS BROWN,               :
                              :    No. 17-cv-3436 (NLH)(SAK)
               Plaintiff,     :
                              :
          v.                  :    MEMORANDUM OPINION
                              :
                              :
DR. COHEN, et al.,            :
                              :
               Defendants.    :
_____:
```

IT APPEARING THAT:

1.   Plaintiff Nicholas Brown filed a complaint under 42 U.S.C. § 1983 against Defendant Dr. Todd Cohen for deliberate indifference to Plaintiff's medical needs while he was detained in the Camden County Jail.  ECF No. 1.

2.   On September 27, 2021, mail sent to Plaintiff at his address of record was returned as undeliverable.  ECF No. 35.

3.   The returned envelope is marked "Return to Sender, Not at this Address."  Id.

4.   Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1.  See L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

1

    5.  The Clerk of the Court will be ordered to
administratively terminate this case.  Plaintiff may reopen this
matter by submitting his updated address.

    6.  An appropriate order follows.


Dated: _September 28, 2021_          ___s/ Noel L. Hillman_____
At Camden, New Jersey               NOEL L. HILLMAN, U.S.D.J.